CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:YH)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **KEITH STEWARD,** *Defendant,* and **JOHNSON & JOHNSON/COMPUTERSHARE COMPANY, and its successors or assigns,** *Garnishee.* | Hon. **DENNIS M. CAVANAUGH** **CRIMINAL No. 07-191** **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Keith Steward, social security number *******3762, whose last known address is Raleigh, NC 27614 in the above cited action in the amount of $229,745.00, plus interest at the rate of 4.94% per annum and penalties.

The total balance due and owing as of March 19, 2008 is $119,364.60.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from March 19, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Keith Steward has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Keith Steward **(Johnson & Johnson common stock (125 units) and any other accounts associated with Keith Steward)**.

The name and address of the Garnishee or his authorized agent is:

>   Johnson & Johnson
>   c/o Computershare Company
>   118 Fernwood Avenue
>   Edison, NJ 08837

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>   CHRISTOPHER J. CHRISTIE
>   United States Attorney
>
>   By:   JOHN G. SILBERMANN, JR.
>   Assistant U.S. Attorney

**IT IS**, on this _8_ day of _April_, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

>   HON. DENNIS M. CAVANAUGH, JUDGE
>   UNITED STATES DISTRICT COURT