CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 353-6094

April 30, 2008

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. DENNIS M. CAVANAUGH |
| PLAINTIFF, | : | CRIMINAL NO. 07-191 |
| v. | : | |
| KEITH STEWARD, | : | ORDER |
| DEFENDANT. | : | |
| WACHOVIA BANK, NA, and its successors or assigns, | : | |
| GARNISHEE. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this  5  day of May , 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE DENNIS M. CAVANAUGH
JUDGE, U.S. DISTRICT COURT